# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 14, 2010

Marilyn Kelly,
Chief Justice

139777-8

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

JAMES VOLLMAR,
        Plaintiff-Appellee,

v

                                SC: 139777-8
                                COA: 282125; 285606
GIBRALTAR SCHOOL DISTRICT,          Wayne CC: 07-705786-CZ
        Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the August 27, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 14, 2010

_____
Clerk

s0511